UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES J. KUJAWA

                Plaintiff(s),        Case No. 07-13480

-vs-                                    Hon. Avern Cohn

PALISADES COLLECTION,

                Defendant(s).

## ORDER SETTING MOTION AND RESPONSE FILING DEADLINES AND SCHEDULING MOTION HEARING

On February 05, 2008 the Court held a status conference. During the status conference the following deadlines were established:

The Defendant shall file a Motion for Summary Judgment on or before **March 05, 2008**;

A response shall be filed on or before **April 07, 2008;**

A hearing on the motion is scheduled for **Wednesday, April 30, 2008 at 2:00 p.m.**

SO ORDERED.


Dated: February 5, 2008             s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 5, 2008, by electronic and/or ordinary mail.

                                                  s/Julie Owens
                                                  Case Manager, (313) 234-5160